UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LLOYD WESLEY WEAR,

             Plaintiff,

     v.

SANDERS,

             Defendant.

Case No.  16-cv-04510-HSG

**JUDGMENT**

      The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: 12/15/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge